## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Linda Curle House, Debtor                           Case No. 25-12796-JDW
                                                              CHAPTER 13

### MOTION TO WITHDRAW CREDIT COUNSELING

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §109(H)(4), and respectfully move this court to withdraw the credit counseling, and in support thereof would show:

1. That Debtor filed the petition for relief under Chapter 13 in the instant cause.

2. That Counsel inadvertently filed a certificate of credit counseling (dk # 5) completed by Debtor's Power of Attorney in this case.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully request the Court to withdraw the filed credit counseling. Debtor further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

By:    /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)