## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Linda Curle House                                   Case No. 25-12796-JDW
, Debtors                                                                    CHAPTER 13

## MOTION FOR CREDIT COUNSELING EXEMPTION

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §109(H)(4), and respectfully move this court to exempt the debtor from the requirement that Debtor Linda Curle House complete credit counseling, and in support thereof would show:

1. That Debtor filed the petition for relief under Chapter 13 in the instant cause. Lindsey House signed the petition on behalf of Linda Curle House as her next friend.

2. Linda Curle House suffers from dementia and diminished mental capacity that inhibit her ability to understand her financial situation or manage her financial affairs.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully request the Court to exempt the debtor from the requirement to complete pre-petition credit counseling. Debtor further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

By:  /s/ Thomas C. Rollins, Jr.
     Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)