# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Linda Curle House, Debtor                           Case No. 25-12796-JDW
                                                              CHAPTER 13

## MOTION TO APPOINT PERSONAL REPRESENTATIVE NUNC PRO TUNC

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §105 and Bankruptcy Rule 1004.1, and respectfully move this court to appoint Lindsey House as personal representative of Linda Curle House for the limited purpose of filing a bankruptcy petition and taking all other action required of a debtor, and in support thereof would show:

1. That the Debtor filed the petition for relief under Chapter 13 in the instant cause. Lindsey House signed the petition on behalf of Linda Curle House as her next friend.

2. Linda Curle House suffers from dementia and diminished mental capacity that inhibit her ability to understand her financial situation or manage her financial affairs.

3. Lindsey is Linda's daughter. She is intimately familiar with her finances and situation,

4. There is currently no other duly appointed representative of Linda Curle House.

5. Lindsey requests that the Court authorize him to act on Linda's behalf throughout this bankruptcy case, including signing papers and appearing at hearings when necessary. This will allow Linda to receive the benefits of bankruptcy despite her disability.

6. That debtor seeks nunc pro tunc approval, retroactive to the petition date.

7. The motion couldn't have been filed earlier because filing the bankruptcy petition was necessary to establish jurisdiction for the bankruptcy court.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court appoint Lindsey House as personal representative of Linda House, to act on her behalf during the

bankruptcy case. Debtor further requests any additional relief, general or specific, to which they may be entitled.

>Respectfully submitted,
>
>By:   /s/ Thomas C. Rollins, Jr.
>         Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

>/s/ Thomas C. Rollins, Jr.
>Thomas C. Rollins, Jr. (MSBN 103469)