_____

**SO ORDERED,**



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Linda Curle House, Debtor    Case No. 25-12796-JDW
**CHAPTER 13**

### ORDER ON MOTION TO WITHDRAW CREDIT COUNSELING

THIS CAUSE having come on this date on the Debtors' Motion (DK # 9 ), the Court having reviewed and considered the facts herein, , does find as follows:

That the filed Credit Counseling Certificate (dkt 5) is hereby WITHDRAWN.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-12796-JDW |
| Linda Curle House | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Curle House, 2898 Boat House Blvd. Apt 109, The Colony, TX 75056-4397 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 12, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Linda Curle House trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3