**Fill in this information to identify the case:**

Debtor 1 _____Linda Curle House_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Northern District of Mississippi___
(State)

Case number ___25-12796_____

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): ___1___

**Last 4 digits** of any number you use to identify the debtor's account: _1_ _1_ _1_ _8_

**Date of payment change:**
Must be at least 21 days after date of this notice    ___12/19/2025___

**New total payment:**    $ ___697.85___
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ ___104.65___     New escrow payment: $ ___295.36___

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ ___507.14___     New mortgage payment: $ ___697.85___

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Troy Moore
Signature

Date 09/26/2025

Print: Troy Moore
First Name    Middle Name    Last Name

Title Bankruptcy Specialist

Company USDA - Rural Housing Service
Centralized Servicing Center

Address PO Box 66879
Number    Street

St. Louis, MO 63166
City    State    ZIP Code

Contact phone (800) 349-5097 ext

Email sm.rd.so.bkr@usda.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** Troy Moore  
09/26/2025  
(Date)

**Debtor(s) & Address:** Linda Curle House  
2898 Boat House Blvd. Apt 109  
The Colony, TX 75056

**Case No.** 25-12796  
**Claim No.** 1  
**USDA Acct No.** 1 1 1 8

**Attorney & Address:** Thomas C. Rollins, Jr.  
The Rollins Law Firm, PLLC  
PO BOX 13767  
Jackson, MS 39236

**Trustee & Address:** Locke D. Barkley  
6360 I-55 North  
Suite 140  
Jackson, MS 39211

**Effective** 12/19/2025 **, the monthly ongoing payment is changing due to:**

No ☐   Yes ✓   **ESCROW:**  
No ✓   Yes ☐   **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 402.49 | Principal & Interest | 402.49 |
| Less Subsidy | 0.00 | Less Subsidy | 0.00 |
| Total P&I Payment | 402.49 | Total P&I Payment | 402.49 |
| | | | |
| Escrow | 104.65 | Escrow | 237.20 |
| Escrow shortage | 0.00 | Escrow shortage | 58.16 |
| Total Escrow | 104.65 | Total Escrow | 295.36 |
| | | | |
| Fees | 0.00 | Fees | 0.00 |
| | | | |
| Total Payment | 507.14 | Total Payment | 697.85 |

**Northern District of Mississippi**

Case No.  25-12796
Claim No.  1

# CERTIFICATE OF SERVICE

I, Troy Moore, do hereby certify that on 09/26/2025, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

Linda Curle House

2898 Boat House Blvd. Apt 109
The Colony, TX 75056

**Via CM/ECF:**

Debtor's Attorney of Record:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

Date: 09/26/2025

/s/ Troy Moore

Troy Moore
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 5403

```
E
USDA RURAL DEVELOPMENT           -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226



LINDA C HOUSE                            YOUR LOAN NUMBER:
1035 HALL RD
NESBIT              MS 38651-9708

                                         DATE: 09/16/25


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY.  IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 12/19/25 THROUGH 11/30/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 12/19/25 THROUGH 11/30/26 -------
            INSURANCE                   2731.64
            INS                           36.00
            COUNTY TAX                    78.80

        TOTAL PAYMENTS FROM ESCROW      2846.44

        MONTHLY PAYMENT TO ESCROW        237.20 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 12/19/25 THROUGH 11/30/26--------
       -ANTICIPATED PAYMENTS-             -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION    ANTICIPATED        REQUIRED
                  ACTUAL STARTING BALANCE       -2778.32           711.64
DEC 25   237.20                                 -2541.12           948.84
JAN 26   237.20     78.80    COUNTY TAX         -2382.72          1107.24
FEB 26   237.20                                 -2145.52          1344.44
MAR 26   237.20                                 -1908.32          1581.64
APR 26   237.20                                 -1671.12          1818.84
MAY 26   237.20                                 -1433.92          2056.04
JUN 26   237.20                                 -1196.72          2293.24
JUL 26   237.20                                  -959.52          2530.44
AUG 26   237.20     36.00    INS                 -758.32          2731.64
SEP 26   237.20                                  -521.12          2968.84
OCT 26   237.20   2731.64    INSURANCE   ALP    -3015.56   RLP     474.40
NOV 26   237.20                                 -2778.36           711.60

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -3489.96.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

```
WILL BE COLLECTED FOR A PERIOD OF 60 MONTHS FROM DECEMBER 19, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                            402.49
            ESCROW (1/12TH OF ANNUAL ANTICIPATED            237.20
               DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                 0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG          0.00
            PLUS: SHORTAGE PAYMENT                           58.16
            MINUS: SURPLUS CREDIT                             0.00
            ROUNDING ADJUSTMENT                               0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/19/25     697.85
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      474.40.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS         474.40.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
07/23       104.65       08/23       104.65       09/23       2825.55   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
10/25      2731.64 INSURANCE                      00/00       0.00
00/00         0.00                                00/00       0.00
```

```
E
USDA RURAL DEVELOPMENT           -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS           MO 63102

800-414-1226



LINDA C HOUSE                           YOUR LOAN NUMBER:
1035 HALL RD
NESBIT          MS 38651-9708

                                        DATE: 09/16/25
```

* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING DEC 01, 2024 AND ENDING NOV 30, 2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF DEC 01, 2024 IS ---

```
    PRINCIPAL & INTEREST              402.49
    ESCROW DEPOSIT                    104.65
    OPTIONAL INSURANCE                  0.00
    REPLACE RESV/FHA SVC CHG            0.00
    SHORTAGE                            0.00
    DEFICIENCY                          0.00
    SURPLUS                             0.00
    ROUNDING                            0.00
    LESS BUYDOWN/ASST PAYMENT           0.00
    BORROWER PAYMENT                  507.14
```

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | PAYMENTS TO ESCROW ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | PAYMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
| SEP 24 | | | | 2066.83 | INSURA | | -1913.28 |
| OCT 24 | | 104.65 | | | | | -1808.63 |
| NOV 24 | | | | | | | -1808.63 |
| | | | | STARTING BALANCE | | 0.00 | -1808.63 |
| DEC 24 | | 104.65 | | | | T | -1703.98 |
| JAN 25 | | | | 78.80 | COUNTY | | -1782.78 |
| FEB 25 | | 95.73 | | | | | |
| FEB 25 | | 1782.78 | | | | | |
| FEB 25 | | 1782.78 | | | | | 1878.51 |
| MAR 25 | | -1782.78 | | | | | 95.73 |
| APR 25 | | | | | | | 95.73 |
| MAY 25 | | | | | | | 95.73 |
| JUN 25 | | | | | | | 95.73 |
| JUL 25 | | | | | | | 95.73 |

```
AUG 25                                                                       95.73
SEP 25              -3141.26              36.00    INS                   -3081.53 A
OCT 25                                                                   -3081.53
NOV 25                                                                   -3081.53
TOTALS              -1053.45            2181.63
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS             0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
     -3081.53.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00         0.00                       00/00         0.00
00/00         0.00                       00/00         0.00
00/00         0.00                       00/00         0.00
```