**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Linda Curle House                                Case No. 25-12796-JDW
, Debtors                                                 CHAPTER 13

## ORDER ON MOTION FOR CREDIT COUNSELING EXEMPTION

THIS CAUSE having come on this date on the Debtors' Motion for Credit Counseling Exemption (DK # 10), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

that the Debtors' Motion for Credit Counseling Exemption is granted.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR