**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Linda Curle House, Debtor            Case No. 25-12796-JDW
                                                                            CHAPTER 13

### ORDER ON MOTION TO APPOINT PERSONAL REPRESENTATIVE NUNC PRO TUNC

ON THIS DATE the Court considered the Motion to Appoint Personal Representative Nunc Pro Tunc (Dkt. # 12 ) filed by the Debtor. No objection was timely filed by any party. Accordingly, the Court does order as follows:

ORDERED and ADJUDGED that the Motion to Appoint Personal Representative Nunc Pro Tunc filed by the Debtor is hereby GRANTED. Lindsey House is appointed as personal representative of Linda Curle House, effective August 28, 2025, for the limited purpose of filing a bankruptcy petition and taking all actions otherwise required of Linda Curle House as a debtor.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR