**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                          CHAPTER 13 CASE NO.:

LINDA CURLE HOUSE                          25-12796-JDW

**OBJECTION TO CONFIRMATION**

COMES NOW Locke D. Barkley, Chapter 13 Trustee, by and through counsel, and files this Objection to Confirmation (the "Objection") and in support states as follows:

1. The Debtor[1] initiated this proceeding with the filing of a voluntary petition for relief on August 28, 2025. The Chapter 13 Plan (Dkt. #2) (the "Plan") was filed that same day.

2. The Debtor is below median income and has proposed a plan term of 60 months. In Section 5.1 of the Plan the Debtor proposes a 100% distribution to nonpriority unsecured creditors and states that the liquidation value is $61,334.80.

3. The Debtor did not timely commence plan payments as required by 11 U.S.C. § 1326(a)(1). The Debtor is currently delinquent in plan payments in the amount of $808.00, and payments continue to accrue at the rate of $808.00 per month hereafter. The Trustee alleges that the Debtor will be unable to make all payments due under the Plan as required by § 1325(a)(6).

4. Due to the delay in the commencement of plan payments and the related delinquency, the Plan will not be sufficiently funded to allow for the disbursement of the required payments to creditors. The requirement of § 1325(a)(6) is not met.

5. For the reasons stated herein, the Trustee alleges that the Plan does not meet the requirements of § 1325(a)(1) and § 1325(a)(6) and therefore cannot be confirmed.

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise (e.g., Debtor1 or Debtor2).

6. Should there be any secured or priority unsecured claims filed hereafter which are not provided for in the Plan the Trustee alleges that the Plan would not meet the requirement of §1325(a)(1) and would require an amendment.

7. The Trustee requests that confirmation of the Plan be denied. Should the Debtor remain delinquent in plan payments at the time of the hearing on this Objection, the Trustee further requests that the case be dismissed pursuant to § 1307(c)(4).

WHEREFORE, PREMISES CONSIDERED, Locke D. Barkley, Chapter 13 Trustee, prays that upon notice and hearing that this Court enter its order sustaining the Trustee's Objection and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: October 8, 2025

Respectfully submitted,
LOCKE D. BARKLEY, TRUSTEE

BY: /s/ W. Jeffrey Collier
W. JEFFREY COLLIER, ESQ.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

    Dated: October 8, 2025

                              /s/ W. Jeffrey Collier
                              W. JEFFREY COLLIER