

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:            CHAPTER 13 CASE NO.:

LINDA CURLE HOUSE            25-12796-JDW

## ORDER WITHDRAWING OBJECTION TO CONFIRMATION (DKT. #21)

THIS MATTER came before the Court on the Objection to Confirmation (Dkt. #21) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). The Court is advised that the Trustee requests to withdraw the Objection as all issues presented in the Objection have been resolved. Upon request by the Trustee,

IT IS ORDERED that the Objection shall be and is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS  39211
(601) 355-6661
ssmith@barkley13.com