# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO:** |
| **LINDA CURLE HOUSE** | **25-12796-JDW** |
| **2898 BOAT HOUSE BLVD APT 109** | |
| **THE COLONY, TX 75056** | |

## NOTICE TO DEBTOR

NOTICE is hereby given that your plan payment will change from **$808.00 MONTHLY** to **$1,007.50 MONTHLY.** effective in **02/2026**.

The reason for the changes in your plan payment is:

_____    Due to a change in your monthly mortgage payment.

__XX__    Due to a claim being filed for a different amount than scheduled.

_____    Due to entry of an order.

_____    Other:

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  01/14/2026

                                                        Sincerely,
                                                      /s/ Locke D. Barkley
                                                      Chapter 13 Trustee

CC:     THOMAS C ROLLINS JR
           THE ROLLINS LAW FIRM PLLC
           PO BOX 13767

           JACKSON, MS 39236

## **CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date: January 14, 2026

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE