

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                    CHAPTER 13 CASE NO.:

**LINDA CURLE HOUSE**                **25-12796-JDW**

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #32)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #32) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the response thereto filed by the Debtor (Dkt. #33). Upon agreement of the parties,

IT IS ORDERED that:

1.    The Motion shall be and is hereby denied.

2.    The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #29).

### ##END OF ORDER##

**AGREED & APPROVED:**

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                              Case No. 25-12796-JDW

Linda Curle House                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Aug 04, 2026 | Form ID: pdf0005 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Curle House, 241 Ashbrook St, Little Elm, TX 75068-2383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: sm.rd.so.bkr@usda.gov | Aug 05 2026 01:30:00 | USDA, Centralized Servicing Center, P.O. Box 66879, St. Louis, MO 63166-6879 |
| cr | + Email/Text: sm.rd.so.bkr@usda.gov | Aug 05 2026 01:30:00 | USDA, P.O. Box 66879, St. Louis, MO 63166-6879 |
| 4585005 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2026 01:31:23 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 4599927 | Email/Text: bankruptcynotices@trustmark.com | Aug 05 2026 01:29:00 | Trustmark Bank, P.O. Box 291, Jackson, MS 39205 |
| 4585006 | + Email/Text: bankruptcydepartment@tsico.com | Aug 05 2026 01:30:00 | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 4585374 | + Email/Text: USAMSN.Bankruptcy@usdoj.gov | Aug 05 2026 01:30:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4585007 | ^ MEBN | Aug 05 2026 01:25:17 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4585008 | + Email/Text: sm.rd.so.bkr@usda.gov | Aug 05 2026 01:30:00 | USDA Rural Develop, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 4585009 | + Email/Text: ebone.woods@usdoj.gov | Aug 05 2026 01:30:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4585010 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 05 2026 01:29:00 | Verizon Wireless, Attn: Bankruptcy, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0537-1                          User: autodocke                                    Page 2 of 2

Date Rcvd: Aug 04, 2026                      Form ID: pdf0005                          Total Noticed: 11

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Linda Curle House trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3