**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **CHAPTER 13 CASE NO:**

**LINDA CURLE HOUSE** **25-12796-JDW**
**241 ASHBROOK STREET**
**LITTLE ELM, TX 75068**

# NOTICE TO DEBTOR

NOTICE is hereby given that your plan payment will change from **$1048.50 MONTHLY** to **$1069.00 MONTHLY** effective in **12/2026**.

The reason for the changes in your plan payment is:

__XXX__ Due to a change in your monthly mortgage payment.

________ Due to a claim being filed for a different amount than scheduled.

________ Due to entry of an order.

________ Other:

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date: 11/06/2026

Sincerely,
/s/ Locke D. Barkley
Chapter 13 Trustee

CC: THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON, MS 39236

**CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date: November 06, 2026

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE